**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  DOROTHY FERNANDEZ, | : | Case No.: 15-10472-REF |
| | : | |
| Debtor. | : | CHAPTER 13 |

## ADDENDUM TO DEBTOR'S CONFIRMED CHAPTER 13 PLAN

AND NOW comes the Debtor, Dorothy Fernandez, by and through her attorney, Patrick J. Best, Esquire, of ARM Lawyers who hereby submits this Addendum to the Debtor's Confirmed Chapter 13 Plan.

1. On September 25, 2015, the Debtor filed a proposed Third Amended Chapter 13 Plan with this Honorable Court (Docket No. 25).

2. On November 5, 2015, that Plan was confirmed by the Court.

3. In Paragraph §5(b), the Plan was to pay the secured claims of Lehigh County Tax Claim Bureau (Claim 4-1) and Allentown School District (Claim 5-1) consistent with the Proofs of Claim filed at 4-1 and 5-1, respectively.

4. Since that time, Claims 4-1 and 5-1 have been withdrawn by the creditors.

5. As a result, Paragraph §5(b) of the Plan should now reflect $0 payment to Lehigh County Tax Claim Bureau and Allentown School District for Claims 4-1 and 5-1, respectively.

6. This addendum does not prejudice any creditors and to the contrary, provides a higher dividend to general unsecured creditors.

Date: <u>July 10, 2018</u>                                                                 /s/ Patrick J. Best
                                                                                                     Patrick J. Best, Esquire
                                                                                                     ARM Lawyers
                                                                                                     18 N. 8th St.
                                                                                                     Stroudsburg PA 18360
                                                                                                     Attorney for Debtor